**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **FLOYD ROBINSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | **NO. 02-918-CJP** |
| ) | |
| **MARVIN POWERS,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

This case came before this Court for trial by jury.   The jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendant **MARVIN POWERS** and against plaintiff  **FLOYD ROBINSON**  in accordance with jury verdict (Doc. 53).

Plaintiff shall take nothing from this action.

**DATED** this 28th day of October, 2005

**NORBERT G. JAWORSKI, CLERK**

**BY: S/Angie Vehlweald
Deputy Clerk**

**Approved by     S/Clifford J. Proud
            United States Magistrate Judge
                Clifford J. Proud**