IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FLOYD ROBINSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **02-918-CJP** |
| ) | |
| **MARVIN POWERS,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant Powers' motion to tax costs in the amount of $40.00, pursuant to Federal Rule of Civil Procedure 54. **(Doc. 56).** The $40.00 amount represents the subpoena fee for medical records. Plaintiff has not responded to the subject motion.

A review of the record confirms that defendant Powers was the prevailing party in the above-captioned civil rights case. Federal Rule of Civil Procedure 54(d)(1) provides that the prevailing party is entitled to costs as a matter of course. The fact that plaintiff was proceeding as a pauper does not prevent taxation of costs. ***McGill v. Faulkner*, 18 F.3d 456 (7th Cir. 1994).**

**IT IS THEREFORE ORDERED** that defendant Powers' motion for taxation of costs against plaintiff Robinson **(Doc. 56)** is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 54(d)(1), plaintiff Floyd Robinson shall pay defendant Marvin Powers **$40.00** in costs.

**IT IS SO ORDERED.**

DATED: August 16, 2006                s/ Clifford J. Proud
                                      CLIFFORD J. PROUD
                                      U. S. MAGISTRATE JUDGE